IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| GENZYME CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ENDO PHARMACEUTICALS INC.,<br><br>Defendant. | Civil Action No. 11-cv-01103-JFM |

## JOINT MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Genzyme Corporation ("Genzyme") and Endo Pharmaceuticals Inc. ("Endo") respectfully move to consolidate the above-captioned case with <u>Genzyme Corp. v. Endo Pharmaceuticals Inc.</u>, Civil Action No. 1:09-cv-02589-JFM, which is also currently pending before this Court.

Both the above-captioned action and Civil Action No. 1:09-cv-02589-JFM are patent disputes involving the same patent and arising out of the same core of operative facts. Consolidation, therefore, would serve the interests of judicial economy and reduce costs to the parties.

WHEREFORE, Genzyme and Endo respectfully request that the above-captioned case be consolidated with <u>Genzyme Corp. v. Endo Pharmaceuticals Inc.</u>, Civil Action No. 1:09-cv-02589-JFM.

Dated: June 7, 2011

Respectfully submitted,

  /s/ George E. Brown
Geoffrey H. Genth (Bar No.: 08735)
George E. Brown (Bar. No.: 14681)
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, MD 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269
E-mail: ggenth@kg-law.com
        gbrown@kg-law.com


*Of Counsel*
Scott K. Reed
Filko Prugo
Donald J. Curry
Brian D. O'Reilly
Charlotte Jacobsen
Jason E. O'Leary
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100

*Attorneys for Plaintiff Genzyme Corp.*



  /s/ J. Stephen Simms
J. Stephen Simms (#4269)
M. Scotland Morris (#25167)
SIMMS SHOWERS LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
E-mail: jssimms@simmsshowers.com
        smorris@simmsshowers.com

*Of Counsel*
Matthew J. Becker
Chad A. Landmon
Thomas K. Hedemann
Tara R. Rahemba
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

*Attorneys for Defendant Endo Pharmaceuticals Inc.*